UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | HON. DENNIS M. CAVANAUGH |
| : | CRIMINAL NO. 09-45 (DMC) |
| V. : | |
| : | **AMENDED** |
| : | **JUDGMENT OF CONVICTION** |
| ANDRE BUDHAN : | |

This matter having been opened to the Court by the defendant, Andre Budhan, by his attorney, K. Anthony Thomas, Esq., Assistant Federal Public Defender, with the government having not objections to this form of order, and for good cause shown;

It is on this 12 day of December, 2011,

~~ORDERED that Mr. Budhan's monthly restitution installment payment is reduced to $50.00 per month;~~

~~IT IS FURTHER~~ ORDERED that Mr. Budhan's passport shall be returned to him forthwith.

All other conditions of release previously ordered shall remain in full force.

_____
DENNIS M. CAVANAUGH
UNITED STATES DISTRICT COURT JUDGE