UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CASE NO. 09-cr-00045-DMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANCIS VIEIRA,

    Defendant.
_____/

## CONSENT ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

**THIS CAUSE** is before the Court on the Consent Motion of the Defendant, **FRANCIS VIEIRA**, to modify the conditions of his supervised release. The Court being fully advised in the premises, it is **ORDERED AND ADJUDGED** that the motion is **GRANTED** as follows:

2. Defendant's passport and other travel documents shall be permanently returned to him by the United States Probation office.

2. Once the Defendant has completed his six months of Location Monitoring and Home Detention, he shall be allowed to return to and reside in Guyana. While he is outside the United States, he shall be on non-reporting supervised release. If he returns to the United States, he shall notify his Probation Officer within 24 hours of his arrival. All other conditions of his supervised release shall remain in effect.

**DONE AND ORDERED** in Chambers at Newark, in the District of New Jersey this 17 day of September 2012.

                                                **DENNIS M. CAVANAUGH**
                                                United States District Judge

Copies to:
All Counsel
Pretrial Services