UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO. 09-cr-00045-DMC

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FRANCIS VIEIRA,

        Defendant.
_____/

## ORDER GRANTING PERMISSION TO TRAVEL

**THIS CAUSE** is before the Court on the Consent Motion of the Defendant, **FRANCIS VIEIRA**, for permission to travel to Toronto, Canada. The Court being fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The motion is **GRANTED.** Mr. Vieira shall be allowed to travel from Miami, FL to Toronto, Canada for a maximum of four (4) days. Prior to his departure, Mr. Vieira shall provide his Probation Officer with his full travel itinerary, including full contact information while in Toronto.

2. Pretrial Services shall forthwith deliver Mr. Vieira's United States Passport to him or his defense counsel, Neal R. Sonnett, Esq. The Passport shall be returned to Mr. Vieira's Probation Officer within 48 hours of Mr. Vieira's return to Miami.

**DONE AND ORDERED** in Chambers at Newark, in the District of New Jersey this 19 day of ~~October~~ Nov., 2012.

_____
DENNIS M. CAVANAUGH
United States District Judge

Copies to:
All Counsel
Pretrial Services
Albert Torres, U.S. Probation Officer